**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

```
IN RE:                                      CHAPTER 13
   RONALD FRANCES FULLER                    CASE NO. 04-06184-KL1-13
   KELLY ANN FULLER                         JUDGE KEITH M LUNDIN
   2537 VERONA CANEY ROAD                   Dated: 04/05/2007
   LEWISBURG, TN  37091


   SSN XXX-XX-2731      SSN XXX-XX-5530
```

**ORDER RELEASING DEBTOR/EMPLOYER**
**FROM ORDER TO FUND PLAN**

   In accordance with the order of confirmation the employer of the above-named debtor has transmitted regularly to the trustee a portion of the debtor's wages.

   Based upon the certification of the Trustee, as indicated by the Trutee's electronic signature below, the Trustee has advised the Court that sufficient monies have now been deposited with the Trustee to fully discharge all of the costs, expenses, fees, and claims that have been allowed against the debtor by the court.

   The Court, therefore, finds that the above named debtor has completed making payments as required under the Chapter 13 Plan,

   It is ORDERED that **WALKER DIE CASTING**, the debtor's employer, no longer withhold any money from the debtor's earnings to be paid to the trustee.

   It is further ORDERED that the employer refund to the debtor any money which he may now have on hand as a result of such withholdings.


DEBTOR(S) SOURCE OF INCOME:

WALKER DIE CASTING
ATTN PAYROLL
P O BOX 1189
LEWISBURG, TN  37091

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED:

/s/Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 190664
NASHVILLE, TN  37219-0664
PHONE: 615-244-1101
FAX:   615-242-3241
pleadings@ch13nsh.com